United States District Court
Southern District of Texas
**ENTERED**
December 12, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| LASHA NIKABADZE § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:25-cv-236 |
| § | |
| MIGUEL VERGARA *et al.* § | |

## ORDER

Petitioner Lasha Nikabadze, an alien detained at the Webb County Detention Center in Laredo, Texas, petitions the Court for a writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. No. 2). He specifically asks the Court to find "that Respondents have unlawfully detained him under § 1225(b)(2)(A)," and instead his case is properly analyzed under § 1226(a) (Dkt. No. 2 at 4, ¶ 10). Based on recent developments, the Court previously ordered the parties to file advisories addressing whether Petitioner is a member of the *Maldonado Bautista v. Santacruz, Jr.*, --- F.R.D. ---, 5:25-cv-01873-SSS-BFM, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025) certified class (Dkt. No. 4). Both parties timely filed advisories (*see* Dkt. Nos. 12, 13). Petitioner advances he is a member of the bond eligible class; however, Respondents argue his December 17, 2021 apprehension precludes him from class membership (Dkt. Nos. 13 at 3; 12 at 2). Respondents contend his continued detention is proper under section 1225(b)(1) (Dkt. No. 12 at 2).

Having reviewed the advisories and given the complexity of the claims, the Court hereby **ORDERS** Respondents to file a response to the petition by **December 17, 2025**. Respondents must specifically address whether Petitioner's continued detention is proper under section 8 U.S.C. § 1225(b)(1). If Petitioner elects to file a reply, he must file it by **December 19, 2025**. *See* Rule 5(e) of the Rules Governing Section 2254 Proceedings. **Given the time sensitive nature of Petitioner's claims, no extensions will be granted.**

It is so **ORDERED**.

**SIGNED** December 12, 2025.

_____
Marina Garcia Marmolejo
United States District Judge