United States District Court
Southern District of Texas
**ENTERED**
March 24, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| LASHA NIKABADZE | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:25-cv-236 |
| | § | |
| MIGUEL VERGARA *et al.* | § | |

## FINAL JUDGMENT

In accordance with the Court's previous Order (Dkt. No. 22), Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Dkt. No. 2) was **GRANTED IN PART** and **DENIED IN PART**. Accordingly, the Court **ENTERS** this final judgment. The Clerk of Court is **DIRECTED** to **TERMINATE** this civil action.

It is so **ORDERED**.

**SIGNED** March 24, 2026.

Marina Garcia Marmolejo
United States District Judge

1